UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Katherine Jones | § | |
| | § | |
| vs. | § | NO:   AU:21-CV-00219-RP |
| | § | |
| MRS BPO, LLC | § | |

**ORDER**

The Court  sets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on April 28, 2021  at  09:20 AM .  Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to opposing  counsel and to the Courtroom Deputy at julie_golden@txwd.uscourts.gov. The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

Until the Court enters a scheduling order in this case and absent additional instruction from the Court, the parties shall abide by all agreed deadlines set out in their proposed scheduling order

**SIGNED** on 19th day of April, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE